IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARI H. HAYES,

    Plaintiff,

v.

MCKESSON CORPORATION, et al.

    Defendants

No. C 13-00816 SI

**RECUSAL ORDER**

I hereby recuse myself from hearing or determining any matters which have been assigned to me as District Judge in the above-entitled action. The Clerk of Court shall reassign this case to another District Judge.

**IT IS SO ORDERED.**

Dated: 3/11/13

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE