A TRUE COPY I CERTIFY
James G. Woodward, Clerk

By: David L. Braun
Deputy Clerk

For the United States District Court
Eastern District of Missouri

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: NUVARING PRODUCTS**
**LIABILITY LITIGATION**

| | | |
|---|---|---|
| Cari H. Hayes v. McKesson Corporation, et al., | ) | |
| N.D. California, C.A. No. 3:13-00816 | ) | MDL No. 1964 |

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Hayes*) on March 6, 2013. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Hayes* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-177" filed on March 6, 2013, is LIFTED insofar as it relates to this aciton. The action is transferred to the Eastern District of Missouri for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Rodney W. Sippel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel\